IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>ISABEL M. MALLAR,<br><br>    Defendants. | 4:16CR3039<br><br>ORDER |

Defendant first appeared this court over two and one-half years ago. She has been on pretrial release and supervised by U.S. Probation and Pretrial Services Office for the Southern District of Georgia from the outset of this case. Defendant has now pleaded guilty and is therefore subject to immediate detention absent showing, by clear and convincing evidence, that her release will not pose a risk of harm to the public or a risk of flight.

Defendant moves to modify her release conditions so she can move to South Carolina for "personal and professional reasons." (Filing No. 120). This conclusory statement does not justify modifying conditions of release, particularly for someone who is no longer presumed innocent.

Accordingly,

IT IS ORDERED that Defendant's motion, (Filing No. 120), is denied.

October 9, 2018.

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge